Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| PHYLLIS JEAN WILLIAMS, | Case No. 2-25-bk-01755-EPB |
| | **TRUSTEE'S RECOMMENDATION ON SECOND MODIFIED PLAN** |
| Debtor. | Deadline is June 15, 2026 |

The Trustee has reviewed the Second Modified Chapter 13 Plan filed March 2, 2026.

(1) The Modification proposes the following changes in the Confirmed Plan:

(a) $0.00 each month for month 1 through month 1.

$970.00 each month for month 2 through month 5.

$485.00 each month for month 6 through month 8.

$228.00 each month for month 9 through month 10.

$239.00 each month for month 11 through month 12.

$500.00 each month for month 13 through month 13.

$250 each month for month 14 through month 14.

$540 each month for month 15 through month 60.

(b) Attorney fees are increased by $850.00 and will be paid as an additional

administrative claim.

(2)  In all other respects, the provisions of the Confirmed Plan will continue to govern.

(3)  The Trustee requests a copy of the Debtor's 2025 federal and state income tax returns, along with all attachments, forms, schedules and statements for those returns. Debtor is to provide a copy of the returns to counsel, if represented, and then counsel is to provide the returns to the Trustee through the Trustee's portal. If the Debtor is not represented by counsel, then the Debtor is to submit the returns through the Trustee's portal, www.bkdocs.us.

(4) The Order confirming second modified plan must state that Bridgecrest Acceptance Corporation was paid a total of $1,400.00 through the plan.

SUMMARY: Pursuant to Local Rule 2084-10(b), by June 15, 2026, Debtor is to resolve all of the above issues and provide the Trustee with a proposed order confirming second modified plan that meets the above requirements, or the Debtor must file an objection to the Recommendation and obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order.

Copy mailed or emailed to:

PHYLLIS JEAN WILLIAMS
2625 NORTH 127TH AVENUE
AVONDALE, AZ 85392
PHYLLISJWILLIAMS69@GMAIL.COM

PHOENIX FRESH START
4131 MAIN STREET
SKOKIE, IL 60076-2780
DOCUMENTS@PHXFRESHSTART.COM
TOM@NWRELIEF.COM

_____

*jmorales@ch13bk.com*

- 2 -